**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 2, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Gregory A. Cole<br>   Carol J. Cole<br><br>                      Debtors | CASE NO: 14-33322<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S MOTION FOR RECONSIDERATION OF CLAIM OF PNC BANK (Court Claim No. 6, Trustee Claim No. 2) PURSUANT TO BANKRUPTCY RULE 3008 (Doc. 24)**

    This matter is before the Court upon the Chapter 13 Trustee's Motion for Reconsideration of Claim of PNC BANK (Court Claim No. 6, Trustee Claim No. 2), (Doc. 24) . No timely response having been filed,

IT IS ORDERED:

1) The Chapter 13 Trustee's Motion for Reconsideration of Claim of PNC BANK is hereby sustained;

2) The Trustee shall cease payments on the claim, pursuant to the March 21, 2018, written communication from PNC Bank National Association stating the loan is forgiven.

**IT IS SO ORDERED.**

Submitted by:

  /S/ Jeffrey M. Kellner

JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

**Copies to:**

Default List Plus Additional Parties.

(2.3)
PNC BANK
BOX 94982
CLEVELAND, OH 44101